IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 15-05007-01-CR-SW-SRB ) |
| ERNEST ANDREW BRITTEN, | ) ) |
| Defendant. | ) |

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count Two and admitted to Forfeiture Allegation contained in the Indictment filed on February 24, 2015, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                                  */s/ Stephen R. Bough*
                                                  **STEPHEN R. BOUGH**
                                                  **UNITED STATES DISTRICT JUDGE**

Date: October 23, 2015